No. 04–1127. PREMIERE GLOBAL SERVICES, INC., FKA PREMIERE TECHNOLOGIES, INC., ET AL. *v.* APA EXCELSIOR III L. P. ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1134. METRISH, WARDEN *v.* HATCHETT. C. A. 6th Cir. Certiorari denied.

No. 04–1169. WHEATLEY ET AL. *v.* WICOMICO COUNTY, MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 04–1171. ST. JUDE MEDICAL, INC., ET AL. *v.* CARDIAC PACEMAKERS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 04–1178. HOUSTON *v.* ARAMARK CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–1180. DUGAS *v.* CLARON CORP. C. A. 5th Cir. Certiorari denied.

No. 04–1181. COASTAL SALVADORAN POWER LTD. ET AL. *v.* CRYSTAL POWER CO. C. A. 5th Cir. Certiorari denied.

No. 04–1189. WOOD *v.* APPELLATE DIVISION, SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 04–1193. GOLDS *v.* GOLDS. Ct. App. N. C. Certiorari denied.

No. 04–1197. PRESCOTT ET AL. *v.* LITTLE SIX, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–1199. UNITED STATES EX REL. TOTTEN *v.* BOMBARDIER CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–1202. UNITED STATES EX REL. GAY ET AL. *v.* LINCOLN TECHNICAL INSTITUTE INC. C. A. 5th Cir. Certiorari denied.

No. 04–1205. CLANCY *v.* AT&T CORP.; and CLANCY *v.* COMCAST CORP. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.